FILED
 2004 Dec-02 AM 10:01
U.S. DISTRICT COURT
    N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| BOBBY E. DURHAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-VEH-RRA-2623-NE |
| ) | |
| DONAL CAMBELL, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER OF DISMISSAL

In accord with the Memorandum of Opinion entered contemporaneously herewith, it is hereby ORDERED that this petition for writ of habeas corpus is DISMISSED.

Costs are taxed to petitioner.

DONE, this the 1st day of December, 2004.

**VIRGINIA EMERSON HOPKINS**
United States District Judge